UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **IN RE APPLICATION OF THE ASSOCIATED PRESS, GANNETT CO., INC., GRAY MEDIA GROUP, INC., HEARST CORPORATION, AND THE TEXAS TRIBUNE TO UNSEAL COURT RECORDS** | Misc. Action No. _____ |

**[PROPOSED] ORDER GRANTING
APPLICATION TO UNSEAL COURT RECORDS**

This matter comes before the Court upon the Application of the Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and the Texas Tribune to unseal court records relating to certain search warrants issued by this Court. Upon review and consideration of the Application, supporting Memorandum of Points and Authorities, and any opposition thereto, it is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. The search warrants, the search warrant applications, any supporting affidavits, the returns, the docket sheets, and any other judicial records related to the search warrants are **HEREBY UNSEALED**.

1

3. The Clerk of the Court is hereby directed to make all of the aforementioned records, including all related dockets and docket entries, publicly available.

Dated: August ___, 2022

_____

United States District Judge

Respectfully submitted,

*s/ Katie Townsend*
Katie Townsend
Attorney-in-Charge
(S.D. Texas Bar No. 3547279)
ktownsend@rcfp.org
Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Pro hac vice application forthcoming*

*Counsel for Applicants The Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and The Texas Tribune*

## CERTIFICATE OF SERVICE

I, Katie Townsend, hereby certify that on the 16th day of August, 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and sent via U.S. Mail to:

> United States Attorney's Office for the Southern District of Texas
> P.O. Box 1179
> Laredo, TX 78042-1179

Dated: August 16, 2022               Respectfully submitted,

*s/ Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS

*Counsel for Applicants The Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and The Texas Tribune*