UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo ▼ | Case Number | 5:22-mc-00111 |
|---|---|---|---|

| In re Application of Associated Press et al. |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Grayson Clary<br>Reporters Committee for Freedom of the Press<br>1156 15th Street NW, Suite 1020<br>Washington, DC 20005<br>(202) 795-9300; gclary@rcfp.org<br>District of Columbia: 1735810<br>D.D.C.: 1735810 |
|---|---|

| Name of party applicant seeks to appear for: | Associated Press et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  8/16/2022 | Signed: | /s/ Grayson Clary |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:      Clerk's signature |

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                            United States District Judge