United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| IN RE: | § § |
| ASSOCIATED PRESS ET AL. | § § § § § § | CIVIL ACTION NO. 5:22-MC-00111 |

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is hereby REFERRED to Magistrate Judge Andrew M. Edison for the following purposes:

(___) Plenary pre-trial handling.

(_X_) Ruling on non-dispositive motion(s).

(_X_) **Findings of fact and recommendations of law** on dispositive motion(s).

**Dkt. 1 – Application to Unseal Court Records**

IT IS SO ORDERED.

SIGNED this August 23, 2022.

_____
Diana Saldaña
United States District Judge