United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CIVIL ACTION NO. 5:22-MC-00111 |
| ASSOCIATED PRESS ET AL. § | |

## ORDER

The Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and the Texas Tribune ("Applicants") have asked this Court for an order unsealing certain court records related to search warrants obtained pursuant to Federal Rule of Criminal Procedure 41. *See* Dkt. 1. In support of their request, Applicants have provided the Court with a Memorandum of Points and Authorities in Support of the Application. *See* Dkt. 1-1. To allow for a full consideration of the issues, the Government is ordered to provide a brief outlining its position by Friday, September 9, 2022. The Applicants may file a reply brief by September 16, 2022.

SIGNED on this 24th day of August 2022.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE