## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

IN RE:                                    )
                                          )
ASSOCIATED PRESS ET AL.            )        Civil Action No. 5:22-MC-00111
                                          )
_____)

### NOTICE OF APPEARANCE

The United States hereby informs the Court that the above-captioned matter is

assigned to Celia Choy, Trial Attorney for the Public Integrity Section of the Criminal

Division of the United States Department of Justice.

Respectfully submitted,

COREY R. AMUNDSON
CHIEF
Public Integrity Section

By:     */s/ Celia Choy*
        CELIA CHOY
        D.C. Bar No. 1017211
        Trial Attorney
        Public Integrity Section
        Criminal Division
        1301 New York Avenue, NW
        Washington, D.C. 20530
        Tel: (202) 875-1557
        Fax: (202) 514-3003
        celia.choy@usdoj.gov

## CERTIFICATE OF SERVICE

I, Celia Choy, certify that on the 1st day of September, 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system.


Dated: September 1, 2022                    */s/ Celia Choy*
                                            CELIA CHOY