# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ASSOCIATED PRESS, GANNETT CO., INC., GRAY MEDIA GROUP, INC., HEARST CORPORATION, AND THE TEXAS TRIBUNE TO UNSEAL COURT RECORDS | Misc. Action No. 5:22-mc-00111<br>Hon. Andrew M. Edison |

## [PROPOSED] ORDER GRANTING MOTION TO UNSEAL SEALED RESPONSE OF THE UNITED STATES

This matter comes before the Court upon the Motion of the Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and the Texas Tribune to unseal the sealed response filed by the United States in this matter. *See* ECF No. 8; ECF No. 7. Upon review and consideration of the Motion and any opposition thereto it is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The response of the United States is **HEREBY UNSEALED**.

3. The Clerk of the Court is hereby directed to make the aforementioned response publicly available.

Dated: September ___, 2022              _____

Andrew M. Edison
United States Magistrate Judge

Respectfully submitted,

*s/ Katie Townsend*
Katie Townsend
Attorney-in-Charge
(S.D. Texas Bar No. 3547279)
ktownsend@rcfp.org
Grayson Clary*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

\* *Admitted pro hac vice*

*Counsel for Applicants The Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and The Texas Tribune*

## CERTIFICATE OF SERVICE

I, Katie Townsend, hereby certify that on the 12th day of September 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system

Dated: September 12, 2022

Respectfully submitted,

*s/ Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS

*Counsel for Applicants The Associated Press, Gannett Co., Inc., Gray Media Group, Inc., Hearst Corporation, and The Texas Tribune*

3