UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASSOCIATED PRESS ET AL. ) | Civil Action No. 5:22-MC-00111 |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

The United States hereby informs the Court that the above-captioned matter is also assigned to Marco A. Palmieri, Senior Litigation Counsel for the Public Integrity Section of the Criminal Division of the United States Department of Justice.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By:   */s/ Marco A. Palmieri*
MARCO A. PALMIERI
D.C. Bar No. 981788
Senior Litigation Counsel
Public Integrity Section
U.S. Department of Justice
1301 New York Avenue, NW
Washington, D.C. 20530
Tel: (202) 514-1412
Fax: (202) 514-3003
marco.palmieri@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Celia Choy, certify that on the 12th day of December, 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system.

Dated: December 12, 2022                    */s/ Celia Choy*
                                                  CELIA CHOY