UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ASSOCIATED PRESS ET AL. | ) | Civil Action No. 5:22-MC-00111 |
| | ) | |
| _____ | ) | |

## NOTICE REGARDING COURT'S PROPOSED REDACTIONS TO DOCKET ENTRIES NOS. 7 AND 9

The government hereby notifies the Court that it does not intend to file objections to the Court's Order and Opinion dated November 28, 2022, ECF No. 13. The government understands that the Court will file redacted versions of Docket Entries Nos. 7 and 9 on the public docket. ███████████████████████████████████████████████

████████████████████████████ the government respectfully requests that the Court consider redacting ████████████████████████████████████████████████

████

        Respectfully submitted,

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        U.S. Department of Justice

By:   */s/ Celia Choy*
       CELIA CHOY
       D.C. Bar No. 1017211
       Trial Attorney
       MARCO A. PALMIERI
       D.C. Bar No. 981788
       Senior Litigation Counsel
       Public Integrity Section
       U.S. Department of Justice
       1301 New York Avenue, NW
       Washington, D.C. 20530
       Tel: (202) 514-1412
       Fax: (202) 514-3003
       celia.choy@usdoj.gov
       marco.palmieri@usdoj.gov

## CERTIFICATE OF SERVICE

I, Celia Choy, certify that on the 12th Day of December, 2022, a redacted copy of the foregoing was filed electronically using this Court's CM/ECF system. An unredacted copy was served on the Court and on counsel for the Associated Press, *et al*. via email.

Dated: December 12, 2022                     */s/ Celia Choy*
                                                                                                            CELIA CHOY