United States District Court
Southern District of Texas
**ENTERED**
December 13, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | § | |
|---|---|---|
| | § | |
| IN RE ASSOCIATED PRESS, *et al.* | § | NO. 5:22-mc-00111 |
| | § | |
| | § | |

## ORDER

On November 28, 2022, I issued a 10-page Order and Opinion explaining why I think large portions of Dkt. 7 and Dkt. 9 should be made publicly available. *See* Dkt. 13. I attached as exhibits to my Order and Opinion those redactions to Dkts. 7 and 9 that I believed should be placed on the public docket. At the Government's request, I issued my Order and Opinion under seal so the Government could raise any objections with the District Court before the information contained in Dkts. 7 and 9 became publicly available.

On December 12, 2022, the Government notified the Court that "it does not intend to file objections to the Court's Order and Opinion dated November 28, 2022 . . . . The government understands that the Court will file redacted versions of Docket Entries Nos. 7 and 9 on the public docket." Dkt. 16. In addition to my proposed redactions, the Government suggested one additional redaction to Dkt. 7, with which I agree. *See id.*

As a result, I **ORDER** that Dkts. 13 and 13-2 (redacted version of Dkt. 9) be unsealed. Dkt. 13-1 should remain under seal. I will separately file as Dkt. 18 a redacted version of Dkt. 7 for public viewing.

A status conference will be held on Thursday, December 15, 2022 at 10 a.m. to discuss setting a date for Applicants to file a reply brief in support of their Application to Unseal Court Records.

SIGNED this 13th day of December 2022.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE