# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

In re: Associated Press et al.

v.                                              Case Number: 5:22–mc–00111

UNITED STATES OF AMERICA

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/15/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

RE: Order – #17

---

Date:   December 13, 2022                                              Nathan Ochsner, Clerk